IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GREGORY ROLAND,

    Plaintiff,

v.                                                                          CASE NO. 1:11-cv-00036-MP-GRJ

JERRY B MILLER,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Plaintiff's Complaint against Jerry B. Miller (Doc. 1), which is not accompanied by a filing fee or a motion for leave to proceed *in forma pauperis* (without prepayment of court costs). (Doc. 1).

As an initial matter, local court rules provide that no "civil action commenced by *pro se* litigants under 42 U.S.C. § 1983 or 2000e (Title VII), 28 U.S.C. §§ 1331 or 1346, shall be considered by the court unless the appropriate forms have been properly completed, signed and filed by the litigant." N.D. Fla. Loc. R. 5.1(J)(2). Plaintiff must, therefore, submit an "Amended Complaint," clearly designated as such, on court forms which will be provided to him by the Clerk of Court.

As a secondary problem, Plaintiff has failed to file a motion to proceed *in forma pauperis* (IFP) and affidavit of financial status or pay the filing fee. The Clerk shall send the form motion and affidavit, which must be completed in full, and returned with the complaint form. Plaintiff's case will not proceed until he has either paid the filing fee ($350.00) or been granted leave to proceed IFP.

As a final note, the Court has done a cursory review of the "Complaint," which is

submitted on one page, contains no facts, requests no specific relief, and asserts only "Issues: (1) False Arrest (2) False Imprisonment (3) defilement of my character." (Doc. 1). The Court notes that Plaintiff filed three lawsuits on the same date against different defendants, but with similar deficiencies. (Case Nos. 1:11cv34, 1:11cv35 and 1:11cv36). Thus, a similar order will be entered in all three cases.

**ORDERED:**

1. The Clerk of Court is directed to forward to Plaintiff one (1) § 1983 complaint form for non-prisoners, as well as a form motion for leave to proceed IFP and an Affidavit of Financial Status.

2. Plaintiff shall have until **March 14, 2011**, to file an amended complaint on the proper forms, and either: (1) file a motion for IFP, or (2) pay the full $350.00 filing fee.

4. **Failure to respond to this Order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an Order of this Court.**

**DONE AND ORDERED** this 25th day of February, 2011.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

*Case No: 1:11-cv-00036-MP -GRJ*