IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GREGORY ROLAND,

    Plaintiff,

v.                                                          CASE NO. 1:11-cv-36-MP-GRJ

JERRY B. MILLER,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

        On March 15, 2011, Plaintiff filed a First Amended Complaint on the Court's civil rights complaint form for pro se litigants in actions under 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983. (Doc. 4.) In the Court's Order dated July 1, 2011, the Court deferred ruling on Plaintiff's motion for leave to proceed as a pauper (Doc. 5) and directed the Petitioner to file a Second Amended Petition on or before July 22, 2011. (Doc. 6.) On August 15, 2011, the Court issued an order directing Plaintiff to show cause on or before September 2, 2011 why he failed to comply with the Court's prior order. (Doc. 7.) Plaintiff has failed to respond to either of this Court's orders. (Docs. 6, 7.)

        Accordingly, for these reasons, it is respectfully **RECOMMENDED** that this cause should be **DISMISSED** for failure to prosecute and for failure to comply with a court order.

        At Gainesville, Florida, this 26th day of September 2011.

                                            *s/ Gary R. Jones*
                                            GARY R. JONES
                                            United States Magistrate Judge

## NOTICE TO THE PARTIES

**Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

*Case No: 1:11-cv-36-MP-GRJ*