**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**GREGORY ROLAND,**

    Plaintiff,

v.                                        **CASE NO. 1:11cv36/M/GRJ**

**JERRY B MILLER,**

    Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 26, 2011. (Doc. 8). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The first amended complaint (doc. 4) is dismissed for failure to prosecute and for failure to comply with a court order.

**DONE and ORDERED** this 26th day of October, 2011.

                                                  s/ *M. Casey Rodgers*
                                                **M. CASEY RODGERS
                                                CHIEF UNITED STATES DISTRICT JUDGE**